**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GEORGE MARCHELOS** *et al.*,<br><br>    **Plaintiffs,**<br><br>    vs.<br><br>**REPUTATION.COM,**<br><br>    **Defendant.** | **Case No.: 12-CV-01899 YGR**<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD,

The Case Management Conference set for September 17, 2012 is **CONTINUED** to November 5, 2012. No fewer than 7 days before the case management conference, the parties must file a joint case management statement, after completion of the October 24, 2012 mediation.

**IT IS SO ORDERED.**

Date: September 12, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**