**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GEORGE MARCHELOS** *et al.*,<br><br>　　　**Plaintiffs,**<br><br>　　vs.<br><br>**REPUTATION.COM,**<br><br>　　　**Defendant.** | Case No.: 12-CV-01899 YGR<br><br>**ORDER TO SHOW CAUSE; CONTINUING CASE MANAGEMENT CONFERENCE** |

On September 12, 2012, the Court continued the case management conference to November 5, 2012 and Ordered that "[n]o fewer than 7 days before the case management conference, the parties must file a joint case management statement." (Dkt. No. 25.) To date, no such case management statement has been filed.

The parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failure to timely file a Joint Case Management Statement.

A hearing on this Order to Show Cause will be held on **Friday, November 9, 2012** on the Court's **9:01a.m.** Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5.

By no later than **Monday, November 5, 2012**, the parties must file either (1) a joint case management statement, which includes a statement that they have reviewed the Local Rules with respect to their responsibilities; or (2) a written response to this Order to Show Cause why they should not be sanctioned for their failure to timely file a joint case management statement. If the

Court is satisfied with the parties' response, the parties need not appear and the hearing will be taken off calendar.  Otherwise, lead trial counsel must personally appear at the hearing.  Neither a special appearance nor a telephonic appearance will be permitted.  Failure to file a joint statement, written response or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

The Case Management Conference set for November 5, 2012 is **CONTINUED** to **December 3, 2012**.

**IT IS SO ORDERED.**

Date: October 31, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**