UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE MARCHELOS, AMY KASSENBROCK, for themselves and all others similarly situated, and for the general public,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>REPUTATION.COM, INC.,<br><br>　　　　　　　　　　Defendant. | Case No. 4:12-cv-01899-YGR<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION POSTPONING DEFENDANT'S RESPONSE TO COMPLAINT AND POSTPONING PARTIES' FILING OF RULE 26(f) INITIAL DISCLOSURES<br><br>Judge:  Hon. Yvonne Gonzalez Rogers |

## [PROPOSED] ORDER GRANTING JOINT STIPULATION POSTPONING DEFENDANT'S RESPONSE TO COMPLAINT AND POSTPONING PARTIES' FILING OF RULE 26(f) INITIAL DISCLOSURES

Upon consideration of the Joint Stipulation agreed upon by both Plaintiffs GEORGE MARCHELOS and AMY KASSENBROCK ("Plaintiffs"), and Defendant REPUTATION.COM, INC. ("Defendant") (collectively "the Parties"),

**IT IS HEREBY ORDERED** as follows:

The Parties' Joint Stipulation is **GRANTED.**

1) Defendant is relieved of its obligation to respond to the Complaint by December 13, 2012.

2) The Parties are relieved of their obligation to file Rule 26(f) Initial Disclosures by December 13, 2012.

3) The requirements that Defendant respond to the Complaint and that the Parties file Initial Disclosures are postponed indefinitely, pending the outcome of

/ / /

/ / /

_____   1
*Marchelos, et al. v. Reputation.com*, Case No. CV 12 1899 YGR
[PROPOSED] ORDER GRANTING JOINT STIPULATION POSTPONING DEFENDANT'S RESPONSE TO COMPLAINT AND PARTIES' FILING OF RULE 26(f) INITIAL DISCLOSURES

        Plaintiffs' anticipated Motion for Preliminary Approval of Settlement Agreement.

**IT IS SO ORDERED.**

Dated:  December, 13 2012

_____
Honorable Yvonne Gonzalez Rogers
United States District Court Judge